**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Medford, MA **Category No.** III **Investigating Agency** FBI

**City** Medford

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____

Same Defendant ____ New Defendant ____

Magistrate Judge Case Number ____

Search Warrant Case Number 25-mj-8523-PGL

R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Bethany Abigail Terrill Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: 174 Mountain Ave Apt 3 Malden, MA

Birth date (Yr only): 1988 SSN (last 4#): 0595 Sex: F Race: ____ Nationality: U.S.

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: Luke A. Goldworm Bar Number if applicable: ____

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** Malden, MA

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.

☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/9/2025 Signature of AUSA: */s/ Luke A. Goldworm*

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Bethany Abigail Terrill

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 115(a)(1)(B) | Threatening a United States Official | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**