UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
     )
v.     )     Docket No. 1:26-cr-10073-FDS
     )
BETHANY ABIGAIL TERRILL     )

## DEFENDANT'S MOTION FOR SPEEDY TRIAL

Now comes the Defendant, Bethany Abigail Terrill, by her attorney, and hereby moves for a speedy trial, pursuant to 18 USC § 3161 (c)(1).

In support of this request, the Defendant states that at her arraignment on April 16, 2026, she will enter a plea of not guilty, that she is charged pursuant to an indictment, and that she requests a speedy trial. The Defendant does anticipate filing a Motion to Suppress which will toll some portion of the time with which the Court will bring this matter to trial pursuant to 18 USC § 3161(h)(1)(D). We request that a motion filing and briefing schedule be set and that the case be referred to the District Judge to set a trial date.

Respectfully submitted,
BETHANY ABIGAIL TERRILL
By Her Attorney,

DATED: April 14, 2026

*/s/ Eliza Jimenez*
ELIZA JIMENEZ
NY Bar # 5108469
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Eliza Jimenez, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 14, 2026.

/s/ Eliza Jimenez
Eliza Jimenez