**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:26-cr-10073-FDS |
| v. | ) | |
| | ) | |
| BETHANY TERRILL | ) | |

## MOTION TO CONTINUE TRIAL

Bethany Terrill, through undersigned counsel, moves this Honorable Court to continue her trial, currently scheduled for September 15, 2026, to a date in November. As grounds for said request, undersigned counsel received voluminous new discovery from the government which requires time to review in preparation for trial.

On August 17, 2026, counsel received an email from the government indicating that newly discovered evidence was sent via FedEx. The FedEx arrived on August 18, 2026. Counsel made diligent efforts to open the discovery and was able to access it on August 20, 2026. The discovery consisted of the entire contents of Ms. Terrill's phone, including messaging threads, audio files, internet searches, and new body worn camera footage. That same day, at counsel's request, the government sent a USAfx link and a preview of some of the items it may seek to introduce at trial. The government's position is that it will not share more information until its exhibit list is due on August 31, 2026.

The messaging threads alone contain over 10,000 pages of messages. The government has not yet delineated which specific messages they intend to use at trial. There is body worn camera from eight different officers and agents. Counsel conferred with the government and understands that they only learned about the body worn camera recently. The government

appears to have conducted a new search of the cell phone after the suppression hearing on August 5, 2026 and has now provided the contents of the entire cell phone.

Counsel needs time to review the discovery in anticipation of trial. Additionally, such newly disclosed evidence may impact strategic decisions related to the trial, which cannot be done in the current timeframe. A continuance is necessary to ensure effective representation of Ms. Terrill.

Pursuant to Local Rule 7.1, counsel for the defendant conferred with counsel for the government and understands they oppose.

Respectfully submitted,

*/s/ Eliza Jimenez*
Eliza Jimenez
NY Bar #5108469
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 21, 2026.

*/s/ Eliza Jimenez*
Eliza Jimenez