UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26cr10073 FDS |
| v. | ) | Violations: |
| BETHANY ABIGAILTERRILL, | ) | Count One: Influencing, Impeding, or Retaliating Against a Federal Official by Simple Assault (18 U.S.C. §§ 115(a)(1)(A) and (b)(1)(b)(i)) |
| Defendant | ) | |

INFORMATION

COUNT ONE
Influencing, Impeding, or Retaliating Against a Federal Official by Simple Assault
(18 U.S.C. §§ 115(a)(1)(A) and (b)(1)(b)(i))

The United States Attorney charges:

On or about September 29, 2025, in the District of Massachusetts, and elsewhere, the defendant,

BETHANY ABIGAILTERRILL,

did assault a federal law enforcement officer, who was an official and employee of an agency of the United States; while such Victim Officer was engaged in the performance of their official duties; with the intent to impede, intimidate, or interfere with the performance of such official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(A) & (b)(1)(b)(i).

LEAH B. FOLEY
UNITED STATES ATTORNEY

By: ______________________________
LUKE A. GOLDWORM
COLIN T. MISSETT
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

August 31, 2026